AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __ILLINOIS__

UNITED STATES OF AMERICA

V.

MONROE B. A. JOHNSON
605 N. Charles, Apt. 12
Belleville, IL 62220

0525-1201-0215-J

**WARRANT FOR ARREST**

Case Number:   04-30140-MJR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Monroe B. A. Johnson__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

Possession with intent to distribute crack cocaine

in violation of __21__ United States Code, Section(s) __841(a)(1)__

NORBERT G. JAWORSKI                  Clerk of the Court
Name of Issuing Officer                Title of Issuing Officer

*(signature)*                          11-18-04   East St. Louis, IL
Signature of Issuing Officer           Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED 11/18/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/22/04 | James Milner | Wendey Winston |